UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARY L. RICE,

        Plaintiff,

                                                  Case No. 12-CV-15690
vs.                                          HON. GEORGE CARAM STEEH

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

ORDER ACCEPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION [DOC. 17]

This matter is before the court on the parties' cross-motions for summary judgment as to plaintiff Mary Rice's claim for judicial review of defendant Commissioner of Social Security's decision that she is not entitled to disability insurance benefits under the Social Security Act. On January 9, 2014, Magistrate Judge Randon issued a report and recommendation recommending that plaintiff's motion for summary judgment be denied, that defendant's motion for summary judgment be granted, and that the findings of the Commissioner be affirmed.

The court has reviewed the file, record, and magistrate judge's report and recommendation. Objections to that report have not been filed by plaintiff within the established time period. The court accepts the report and recommendation. Accordingly,

IT IS HEREBY ORDERED that the magistrate's report and recommendation is accepted.

IT IS FURTHER ORDERED that the Commissioner's motion for summary judgment is GRANTED.

IT IS FURTHER ORDERED that plaintiff's motion for summary judgment is DENIED.

Dated: February 10, 2014

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on February 10, 2014, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk